

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00189-CV

**Beth Bryant, Atascocita United Methodist Church and The Weekday Learning Center**

**v.**

**S.A.S. and L.O.S., Individually and as next Friends of E.R.S. and E.L.S., their minor children**

NO. 1041141 IN THE 55TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| EXPRESS | $25.00 | 04/30/2014 | PAID | APE |
| E-TXGOV FEE | $5.00 | 06/06/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 06/03/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/31/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 02/25/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 02/21/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/07/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/24/2012 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/24/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 10/23/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/23/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/04/2012 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/04/2012 | E-PAID | APE |
| MT FEE | $10.00 | 09/17/2012 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/17/2012 | E-PAID | APE |
| MT FEE | $10.00 | 08/31/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 08/31/2012 | E-PAID | APE |

| | | | | |
|---|---|---|---|---|
| MT FEE | $10.00 | 08/29/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 08/29/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 08/28/2012 | E-PAID | APE |
| MT FEE | $10.00 | 08/28/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 08/02/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 07/31/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 07/31/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 07/31/2012 | E-PAID | APE |
| MT FEE | $10.00 | 07/31/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 07/31/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 07/31/2012 | E-PAID | ANT |
| REPORTER'S RECORD | $7,569.50 | 07/24/2012 | PAID | ANT |
| REPORTER'S RECORD | $950.00 | 07/20/2012 | PAID | ANT |
| MT FEE | $10.00 | 06/26/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 06/26/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 06/25/2012 | E-PAID | APE |
| MT FEE | $10.00 | 06/25/2012 | E-PAID | APE |
| MT FEE | $10.00 | 06/15/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 05/25/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 05/24/2012 | E-PAID | ANT |
| SUPP CLK RECORD | $51.00 | 05/23/2012 | PAID | APE |
| CLK RECORD | $1,244.00 | 04/30/2012 | PAID | ANT |
| FILING | $175.00 | 03/09/2012 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $10,234.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 23, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT